UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIK MCKISSICK, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>BANK OF AMERICA, )<br> )<br> Defendant. )<br>_____ ) | 2:14-cv-00002-JCM-CWH<br><br><u>SCHEDULING ORDER</u> |

 This matter is before the Court on Defendant's Proposed Discovery Plan and Scheduling Order (#11), filed March 12, 2014.  The proposed plan was not submitted in compliance with the Local Rules.  Defendant attempts to excuse this error arguing that coordination with Plaintiff would be difficult as he is proceeding *pro se* and is unfamiliar with the Court's rules.  A litigant's status as a *pro se* party is not an excuse to ignore applicable rules.  The Court further finds that Defendant's counsel has misrepresented that the proposed plan complies with Local Rule 26-1(e).  The proposed plan would implement a stay of discovery and measure all discovery dates based on the date the Court enters its order on the pending motion to dismiss, which is not compliant with Local Rule 26-1(e).  Accordingly,

 **IT IS HEREBY ORDERED** that Defendant's Proposed Discovery Plan and Scheduling Order (#11) is **denied**.

 **IT IS FURTHER ORDERED** that Plaintiff shall initiate a Rule 26(f) meeting by **Wednesday, April 9, 2014.**  The parties shall thereafter submit a stipulated discovery plan and scheduling order in compliance with Local Rule 26-1(d) by **Monday, April 14, 2014**.

 **IT IS FURTHER ORDERED** that failure to comply with this Order may result in sanctions pursuant to Local Rule IA 4-1, Fed. R. Civ. P. 16, or the Court's inherent authority,

1  including a recommendation that this action be dismissed.

2  DATED: March 28, 2014.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge